**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOSE GABRIEL TORRES-DURAN,

*Petitioner,*

v.

TODD BLANCHE, et al.,

*Respondents.*

CIVIL ACTION

NO. 26-3586

## <u>ORDER</u>

**AND NOW**, this 30th day of June, 2026, upon consideration of the Petition for a Writ of *Habeas Corpus*, (Dkt. No. 1), and the Government's Response in Opposition, (Dkt. No. 12), and the Petitioner's Reply, (Dkt. No. 13), it is hereby **ORDERED** that the Petition is **DENIED**.  The Clerk of Court shall **CLOSE** the case.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.